03/31/2017

US District of Columbia.
333 constitutions Avenue, N.W.
Washington D.C.20001
Attention: Judge Gladys Kessler

Case No. 1:16-cv-00731

This is Joseph Majid, Afghan origin immigrated to this Amazon country to Pursue my dream, to live in American dream, liberty, equal protection to be part of American society and I Worked as a Linguist for DynCorp International In Afghanistan in few different locations throughout Afghanistan to support the military in terms of translation, From 2012-2014.Issues arose like any employment because My coleagues, Marines, and my supervisors were constantly calling me Alqida, baptized terrorist, Taliban, Works for CIA, Russians including slandering my name and I followed chain of command addressed accordingly and few coworkers, and supervisors including few Soldiers in Marines got against me in discriminatory manner.

Their goal was to put something in my security clearance, racially profile, and anything that would affect my livelihood, purposely emotionally distress me. Unexpectedly, that did happen with the help of the two John Doe, FBI agents and FBI sided with them instead of going against wrongdoing they got me who is innocent, powerless to target me as part of conspiracy.

This is well beyond a conspiracy case at various levels and I assure you the truth and justice will be served those who committed act of hate crime based on my view. If I'm a terrorist, or anything in that nature or not loyal to my country The United States of America, I would like to be held accountable to possibly teach others a

*Let this be Filed — Gladys Kessler - 4/3/17*

1

03/31/2017

listen otherwise, criminal publication and purposely inflicted of emotional distress traumatizing me lifetime including my family, should not be happening by FBI, FBI agents and specifically the two unnamed John Does. While the top FBI officials in the agency are whitewashing the matter and allows the agents to continue the harassment despite my struggle visible to everyone. Respectfully, I feel like it would almost be easier for Federal Bureau of Investigation to just kill me like they tried to on multiple times to assassinate because they have been keeping this case secret while harassing for reactions. I do think that top FBI officials are involved in this case as well and not just the agents. Iam not against surveillance and investigation, however I have a hard time believing this was investigation or surveillance not even close to it. I view Investigation as questions asked from people while taking notes not making a negative statements about an individual in this case John Does #1 and John Does #2 including other FBI agents who were also involved failed to follow that requirements instead pushed in the negative ideologist ideas. Surveillance is what the person is involved in and to get familiar if the person is a gym person, unfaithful to wife, or involved in any criminal or any other activities in cases if it automatically qualifies as a terrorist who could be danger for public or him or herself.

The two FBI agents who leads investigation which I view it more of torture in reality because it has been happening for few years while I have been complaining or almost begging on various levels almost on a daily basis with no luck to stop the harassment, and hate campaign against me specifically by John Does #1 and John Does #2 While, these two are greatly involved. FBI can confirm on their identity.

03/31/2017

My great values as a proud American will never allow me to look the other way and top FBI officials, and the agents specifically the two unnamed agents think otherwise, due to their conspiracy that started from Afghanistan., based on their generalization and ideologist ideas including potential of abuse of authority, deception and taking sides to protect wrongdoing against innocent who immigrated from a war torn country just like they stated to people that "He is a new immigrant "Common sense implies this could lean on discriminatory side. Iam more loyal to America than a lot of people. This court should be aware that DynCorp International had a culture of categorizing people from other ethnicity or automatically profile as "not loyal to America to strip them from clearances if it was others would have been reprimanded" While, Iam not being in anyway a disgruntled employee. There were occasions they did this to many translators While, I was a linguist I did a great job supporting the military not only with DynCorp with other companies as well in translation and records of my work will prove it. This hate campaign by FBI and FBI agents have been going on very aggressively and Iam scared that people are targeting my family and myself.

**Iam requesting the court as follow if possible to be granted due to serious and valid points I have.**

**Mr. McMahon associates is not allowed to represent or to go forward with the case, because attorney ethics rule that I feel were violated for him to proceed my case as well as conspiracy Mr. McMahon deeply involved in .Per John Doe #1 and John #2 Even my attorney started infantilizing me, following their exact foot step of FBI as**

3

03/31/2017

per my understanding and telling people not take this person seriously and rather harass me to get reaction from me, while threatening me on multiple occasions. Moreover, I was not provided with the judges and courts information until, Mr. McMahon sent me the most recent court ruling on (03/28/2017) and I found the name of the Judge in the forms and that's when I contacted to inform the court that the attorney on file is not authorized to proceed my case and received instruction from court to send in a letter. I have been sending Mr. McMahon emails and requesting him to get restraining order and his advise was he has no power over FBI and I am not convinced at this time he has made second or followed up with court to seek restraining order based on procedures. Am not sure if he was forced or just got caught up in the conspiracy, however his actions allowed John Doe #1 and John Doe #2 to even to take it to extreme after the law suit because certain person (s) started asking me if I filed a law suit against the two unnamed agents because the two agents informed them on the case.

I would like to be allowed to get additional jobs to support my family, though, a minimum wage jobs are also being blocked or when I apply or get it FBI agents start coming to my work place and harassing me .I have a wife and 6 years old son. I'm doing everything I can day and night trying to make a living while FBI enjoys the torture and FBI agents are deliberately blocking that by preventing jobs and taking away food from my family. I'm a hard working individual and the two unnamed agents want me to almost become homeless because of their agendas that were promised to DynCorp International and the sergents in Marines including my three supervisors.

03/31/2017

It has severly affected me financially for last few years.Those who are involved told me this "Don't worry whatever you make here will be all gone long time"Now I see their prediction is true just because of John Doe #1 and John Doe #2.My attorney is well awar of it and siding with FBI.

I would like the two unnamed agents to be served of the complain, Identify and to obtain my record from FBI to review and correct them. My attorney stated in the past they put me on watch list because Dyncorp informed them that Iam apparently a disturbed person while they have brought me in that situation, I see this as having no basis for that. Everything started from my first complain to DynCorp of the harassment, while the two unnamed FBI agents have been in contact with their friend Sergent Marine. The people who were harassing me in Afghanistan joked, on "It would be interesting to see Joe on watch list" referring it to me. The two FBI agents were in constant contact with them sometimes they would put them on speaker and threaten me over the phone while talking with them that one of the FBI agent would say "Iam FBI agent and if someone does something wrong I need to know and send him to jail" While I could hear it and scared. The two John Doe agents are friend of Sergeant mier and the two agents were instructing them go complain to places or do everything, so it could trigger FBI investigation. That's how it triggered FBI investigation a friend happened to know FBI agents and now they are protecting Military personnel. Also, The two John Does had a campaign along with the military that Joseph Majid works for CIA and Russian, while calling every single person on the base to their office briefing them that this person is mentally ill, and has PTSD should not be taken seriously and limited conversation

03/31/2017

should be implemented while telling them to harass. On top of that I was assaulted by the sergent and my supervisor Chad Wheatly, while Mrs., Wallace was videotaping. I had to get eye surgery because they threw hand sanitizer in my eyes for reaction and I was still quiet. The sergent and my supervisor Chad Wheatley, handcuffed me and while Mrs. Wallace was taking pictures. Then the two FBI agents would tell people don't take him seriously because of a mental case/Terrorist as part of conspiracy.Everything FBI has on their databanks,FBI agents would expose that publicly.

I would like the court to appoint myself to deal with the case and disregard my attorney because he was not authorized to comment or make a statement or anything about my case as he was informed on multiple occasions. I do have the dates I requested him to withdraw himself because he is suspicious and the truth will come out.He has put me on most of these issues when I came back home in California.

I would like to get this to trial including the few parts of the filed complain that has been dismissed if possible. I do believe this is discrimination and iam not convinced that top FBI officials were not aware of all of these or anyone in the military. Because I have been almost screaming and people on the base advised me to leave because they saw the harassment and they saw that I was intimidated while the two John Doe agents were calling everyone to be briefed with specific tasks to harass. I was not involved in the case from my attorney to counsel before him filing anything except the original filed complain for the first time, even then I almost had to beg him to take the case because the two John Doe agents were preventing him based on

03/31/2017

the explanation, while, the Complain excludes some serious issues because of my attorney to help FBI.

I would like to get restraining order to stop the harassment by FBI agents especially those two agents and intimidation by them on various levels.

I would like immediate protection because FBI and FBI agents, have put me on negative ground to public that this person is a terrorist and not to mention it's not fun when you have a police officer on his speaker next to me on the freeway, describes my car and calls my name as "Hey Joe terrorist no attack iam watching you" It's because of the two FBI agents.There more information to it and my attorney is well aware of it while getting on their side.

I would like to get this to the media if possible to get the truth out.

Please be advised I'am well known as a terrorist per FBI in California.

Please allow me, to express my feeling to the court to get the truth out. I understand everyone wants to keep this secret, however considering the circumstances my families, and myself as a result of  FBI and agents have been advertising as extremely dangerous person (terrorists and comparing me to Bin Ladin) and should stay away  from this person deliberately, while harassing me and preventing to make a living.FBI even have the police helicopters to dispatch the local police and detectives to harass me and slip me into name calling terrorist,alqida and whatever Dyncorp employees would  inlcluding Marine sergents and two FBI John Does .

I never felt this violated in my life and Public humiliation.

Again, I want to reiterate to please allow me in court to express my feeling and solve this problem please. The FBI agents have been harassing me for few years now on a

03/31/2017

daily basis in Afghanistan and in the United States. Please don't leave me helpless because everything has been blocked from the beginning. Many people became part of conspiracy case while not allowing me freely to hold a job and support my family. This court should assure my safety and my family's safety from FBI and other law enforcement agencies especially from John Doe #1 and John Doe #2.The district of Columbia court should take this case seriously as it involves my family and myself in extreme danger and FBI is aware of it.Especially the two John Doe #1 and John Doe #2 who were advertivisng that this person works for CIA and Russians in the mean time Dyncorp International made a mistake on my clearance paperwork that states "Clearence was obtained from CIA" and that made its way to public and military personnel by putting my life in dangers, and the two unnamed FBI agents should have disputed that to the military despite Mrs. Wallace and Mr Howe's statement.

The court should press charge and or held the two FBI agents specifically accountable despite FBI's attempt to cover that not to serve and/or identifying them.

My brother was also filed from Dyncorp International as he returned from Vacation from California to Afghanistan by telling him that he is no longer employed and potentially "Not loyal to America" It also looks like the two John Does protecting DYncorp and especially those who assaulted me instead of them getting charged I was targeted.

Onced I returned home to California after I started attending college and just because of John Doe #1 and John #2 I had to drop out from University after just

03/31/2017

finishing from Junior College and attempted at the second time at the University and due to stress and not being able to get a job I had to drop the classes, otherwise I would have been done with my bachelors by now.

Iam not totally convinced this could all happen to me just because Iam originally from a war torn country Afghanistan. I do want to reiterate that I did excellent job supporting the military while Iam not requesting that Iam a hero.

I do have the evidences and complains to DynCorp and others. Those two FBI agents were involved from Afghanistan and not only here in US.

John Doe #1 and John Doe #2 are heavily involved to keep this case secret or away from public for many reasons including protecting DynCorp and that was a reason FBI requested to be dismissed everything if a part of the complained is dismissed.

I see this more like discrimination because I have been kept away from everything. Atorneys,Media, Jobs, friends and even others by these two agents and other agents in some cases.

Police harassment should stop and doing this to get my reaction. I wanted to get assurance from FBI if Iam under investigation because certain new people, I talk to the FBI agents appear to follow them for questioning about me.

What FBI officials know and knew about the particular case. FBI agents wiretap my cellphone while talking with my wife and inform people on criminal publication by FBI agents and it was a regular conversation with my wife, which has nothing to do with national security. Police pass by my car in marked/unmarked car and honked and on some occasions they call me terrorist slow down or move to the right then move on. Marines, did tell me including DynCorp's employees you will see this

9

03/31/2017

later when agency comes put your hand behind your back referring to John Doe #1 and John Doe #2. My attorney also knows all of my complains about these if being truthful if not then I can provide the dates and times I complained. I want the two agents and others to stop the hate campaign against me. I would like the court to held everyone accountable and assure my safety including my family physically because Iam well known as a terrorist and mentally ill in California per the John Doe #1 and John #2. Their name and actions should be held accountable and discover what the top officials knew or know. Iam not nor my family is convinced the two FBI agents would do all of this without any uncostituanal support from higher up. I also, believe FBI's representive misrepresenting the facts either by not getting the facts or disputing it. FBI's duty of honesty to the court can never be excused. The court is in charge with the humbling task of defending the constitution and ensuring that FBI potentially misleaded the court and invaded my privacy and wrongfully deprived me of my liberty. The court should perform this task to depute FBI's deceptions and deception perverts justice. Truth always promotes it. FBI's and the two agents' actions among others undermined my human rights to guarantee the rights to nondiscrimination.

There is possible of abusive of authority by FBI agent and top FBI officials.

My main concern is safety-first protection needs to be provided and ordered by court if possible because there are angry FBI agents and others who were informed by two unnamed agents and put me and my family on the negative grounds.

03/31/2017

This court should identify the correct name of the two unnamed agents and serve the complains despite FBI claiming for safety reasons, however for trial for all the charges against FBI, agents and Mrs. Wallace if possible the court should have them to testify under oath and I would like to do the same. I find these difficult two agents to abuse their power and tried to assassinate and on top that did all the illegal activities when I returned home. Iam also not convinced that the top officials did not know anything about it or were not involved in anyway.

If there is any questions please contact me to below addresses, and Iam not sure if there is online system I can be in contact because some of my mail appears to disappear or never arrive in the mailbox.

Thank you,

Joseph Majid

925-719-7904

Joseph.majid@gmail.com

Address: 16657 colonial trail,lathrop CA 95330