UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MAJID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-731 GK |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY

COMES NOW Plaintiff's Counsel and as explained herein, moves to withdraw as counsel for the Plaintiff upon his client's request. In addition, the client has cursed Counsel out numerous times, and has cursed the law firm's employees. Plaintiff has also accused Counsel of conspiring with the FBI to harass him. This of course is not true, but it is obvious to current Counsel that the client has no confidence in his abilities, and hereby moves to withdraw. In support of this motion, Plaintiff's Counsel submits the attached memorandum of points and authorities and proposed order.

Respectfully Submitted,

_____/s/
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 – 4343

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MAJID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-731 GK |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY

COMES NOW the Plaintiff's Counsel, and brings this Memorandum of Points and Authorities in support of his Motion to Withdraw. Under the D.C. Bar's Rules of Professional Conduct, Rule 1.16(a)(3) requires that: "(a) Except as stated in paragraph (c), a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if: … (3) The Lawyer is discharged." The Plaintiff has asked me to withdraw as counsel in the matter. Thus, D.C. Bar Rule 1.16 requires that I seek leave from the Court to withdraw as Plaintiff's Counsel.

Respectfully Submitted,

_____/s/
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 - 4343

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Plaintiff's Counsel's Motion to Withdraw as Attorney and proposed order has been made through the Court's electronic transmission facilities and emailed to the Plaintiff at joseph.majid@gmail.com on the 7th day of April, 2017.

Respectfully Submitted,

/s/
Martin F. McMahon, Esq.
D.C. Bar Number: 196642
Martin F. McMahon & Associates
1150 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
(202) 862 - 4343

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH MAJID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-731 GK |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER

Upon consideration of Plaintiff's Counsel's Motion to Withdraw as Attorney, for the reasons set forth therein, the Court is of the opinion and finds that the Motion to Withdraw as Attorney should be granted. Accordingly, it is this _____ day of _____, 2017,

ORDERED that the Plaintiff's Counsel's motion to withdraw as attorney, be and hereby is GRANTED.

_____
UNITED STATES DISTRICT JUDGE